IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY M. BREWER,
DONALD E. TOUCHET,
RICHARD E. STANDRIDGE,
ROBERT J. JENNINGS, and
JOSHUA A. POOLE a/ka Josh Poole

    Defendants.
_____/

Case No. 3:07-cr-90-J-33JBT
Hon. Virginia M. Hernandez Covington

## ORDER

This cause is before the Court pursuant to the Receiver's Motion for Payment of Compensation and Expenses to the Receiver and Retained Personnel No. 8 (Doc. # 648), which was filed on September 19, 2011. On December 21, 2007, the Court entered an Order Appointing Receiver, which amopng other things, appoined Phillip S. Stenger as Receiver of the assets forfeited in the related case of *United States v. Michael Lee McCafferty*, Case No. 3:06-cr-305-J-33MCR, and property voluntarily turned over to the government by the estate of a deceased, unindicted co-conspirator.

On July 29, 2008, the Court entered an Order Expanding the Scope of the Duties of the Receiver to Related Cases (the "Expansion Order"), expanding the Receiver's duties with regard to additional assets in the following related workers' compensation fraud cases: William Colton Coile, Case No. 3:07-cr-146-J-33HTS; Donald J. Ciaccio,

Case No. 3:07-cr-172-J-33MCR; Peter A. Thosteson, Case No. 3:07-cr-171-J-33MCR; Lawrence Edward Jones, Case No. 3:07-cr-209-J-33TEM; Edgar Olin Rawls, Case No. 3:07-cr-173-J-33TEM; Steven J. Landin, Case No. 3:07-cr-174-J-33MCR; and Thomas E. Brown, Case No. 3:06-cr-271-J-33HTS. Pursuant to the Order Appointing Receiver and the Expansion Order, the Receiver: (i) is entitled, subject to Court approval, to be reimbursed for actual out-of-pocket expenses incurred; and (ii) is entitled, subject to Court approval, to reasonable compensation for the performance of all duties performed.

The Receiver states that he has incurred reasonable and necessary fees of $13,701.50 and expenses of $2,909.83, for a total of $16,611.33, for the time period of October 1, 2010 through June 30, 2011. The United States Attorney's Office has reviewed the billings for this time period and consents to their payment.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

The Receiver's Motion for Payment of Compensation and Expenses to the Receiver and Retained Personnel No. 8 (Doc. # 648) is hereby **GRANTED** in the amount of $16,611.33.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of September 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record